

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00518-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

Delivered and Filed:  November 10, 2015

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On August 21, 2015, relator Robert Martinez filed a petition for writ of mandamus complaining of the trial court's failure to rule on his motion for judgment nunc pro tunc. The trial court provided this court with a copy of its Judgment Nunc Pro Tunc, signed on September 15, 2015. Accordingly, the petition for writ of mandamus is denied as moot. *See* TEX. R. APP. P. 52.8(a).

Additionally, relator requested leave to file his petition for writ of mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's request for leave to file is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2013CR4545, styled *The State of Texas v. Robert Martinez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.